# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

DEC 10 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Jonathan Lee Riches © d/b/a
Dr. Blood's orgy of Organs,
Plaintiff

Civil NO.

V.

2:07-CV-2662 MCE GGH PS

OHIO STATE BUCKEYES; JIM TRESSEL; GENE Smith d/b/a Ohio State Athletics director; Woody Hayes Athletic center; Columbus Ohio,
Defendants

## Complaint

Football conspiracy / very weak schedule / 42 USC 1983 / TRO Restraining order

Comes now the Plaintiff, Jonathan Lee Riches ©, in pro-se, Moves under 42 USC 1983. Ohio State is in a major conspiracy with T.V. networks and the BCS to be #1 in College Sports. I'm offended as Ohio State plays a weak schedule on purpose to get a high rating. They play Akron, Youngstown State, Kent State who purposely lost those games. Ohio Buckeyes paid those teams to lose with Endowment money. Ohio States strategy is that by winning every year with a Awful opponents, they get better recruiting and Funding for the Athletic department. Ohio State is 0-7 against the Sec conference. Ohio State cheats on games, got spy equipment from New England Coach Bill Belichick. Ohio State football players are from High schools with mill diplomas. ½ of Ohio State football players have Juvenile Criminal records for violence and rape. I move this court to look into that. Ohio State Athletics dept. provides players with playstations from Sony, and 2pac cd's. Each Player also got free Countrywide Home loans with Reggie Bush. I move for a restraining order Against the university playing in the BCS championship game until each player gets tested for steroids and until each player proves they don't have a Juvenile / Adult Criminal record. Plaintiff seeks $100 million dollar under the whistle blowing act.

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully Submitted

Jonathan Lee © Riches

(PC)Riches v. Ohio State Buckeyes et al                                    Doc. 1