IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN LEE RICHES,

   Plaintiff,        No. CIV S-07-2662 MCE GGH P

 vs.

OHIO STATE BUCKEYES, et al.,

   Defendants.
_____/

JONATHAN LEE RICHES,

   Plaintiff,        No. CIV S-07-2663 GEB GGH P

 vs.           <u>ORDER REQUIRING FILING OF AN IN FORMA PAUPERIS APPLICATION, OR IN THE ALTERNATIVE, DISMISSAL, VACATING APPLICATION FOR TEMPORARY RESTRAINING ORDER</u>

LOUISIANA STATE UNIVERSITY, et al.,

   Defendants.
_____/

   Plaintiff, an incarcerated federal prisoner, and perhaps a disgruntled University of Southern California Trojan (USC) fan, has brought suit against the Ohio State Buckeyes, et al., and the Louisiana State Tigers (LSU). He believes that the TV networks have conspired to make Ohio State number one in the football rankings. He also decries, among other things, the "weak schedule" that Ohio State sets up, i.e., Akron University, Youngstown State and Kent State,

1

1  which has propelled the Buckeyes to their number one ranking.  Despite his apparent present
2  inability to attend games, plaintiff asserts that "Ohio State cheats on games, got spy equipment
3  from New England Coach Bill Belichick" (sic).  The allegations get more fantastic after this.
4  Plaintiff seeks a temporary restraining order against the football team, its coach and athletic
5  director, not permitting Ohio State to play in the BCS Bowl "until each player gets tested for
6  steroids and each player proves they don't have a juvenile/adult criminal record."  For good
7  measure, plaintiff asks for $100,000,000.00.

8      Also unhappy with LSU, plaintiff is convinced that defendants blackmailed USA
9  Today in order to have LSU "jump from #7 to #2 in the rankings."  LSU has been as successful
10  as they have because, among other things, "FEMA has been providing LSU players with bread
11  loafed (sic) (laced?) with steroids, and govt. cheese with Hgh and McGwires(sic) [the baseball
12  player] 1998 Andro."  As an implicit warning to Ohio State, plaintiff believes that "LSU cheats
13  on the football field with yellow colors that blinds opponents."  Plaintiff seeks "only"
14  $25,000,000.00 from LSU.  (Perhaps their attendance has not equaled that of Ohio State).  Again,
15  plaintiff desires that LSU players be tested for steroids before playing in the BCS, but he does not
16  apparently believe that any LSU players have criminal records.

17      Plaintiff has not filed an in forma pauperis application.  The court will not proceed
18  in the absence of such an application.  Plaintiff has two choices: (1) file such an application at
19  which time the court will assess a required installment payment of the $350 filing fee in each
20  case; (2) file a dismissal of his complaints which are obviously going to be dismissed by ruling in
21  any event if the court is compelled to go that far, and allow his opinions to be tested on the
22  football field (without court ordered testing).

23      IT IS HEREBY ORDERED that plaintiff shall file the IFP applications or
24  dismissal notices within twenty days.  The motion for temporary restraining order is vacated.

25  DATED: 12/11/07                              /s/ Gregory G. Hollows

26  rich2662&63.ord                              UNITED STATES MAGISTRATE JUDGE