United States District Court
Eastern District of California

Jonathan Lee Riches
v.
Ohio State Buckeyes

2:07-CV-02662 GGH

Motion For Reconsideration

Motion For Judge Recusal under 28 USC 455 (A)(B)

I move for a motion for reconsideration on the dismissal of this case. I move for the Judges Recusal for conflicts of interest, the judge in this case attended the 2008 ohiostate v. USC football game wearing defendants sports gear and cheering, this caused me prejudice. I seek a rehearing.

Jonathan Lee Riches #40948-018
FCI Williamsburg
P.O. Box 340      843-387-9400
Salters, SC 29590

9-24-08

**FILED**

OCT 01 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK