IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN LEE RICHES,

      Plaintiff,             No. CIV S-07-2662 MCE GGH P

  vs.

OHIO STATE BUCKEYES, et al.,

      Defendants.       <u>ORDER</u>

_____/

       On April 17, 2008, judgment was entered.  On October 1, 2008, and on January 13, 2009, plaintiff filed putative "motions" for reconsideration and for recusal of "the judge" and/or "the judges";  in the latter motion, plaintiff lists a number of undifferentiated cases.  These motions are denied as frivolous.

       Accordingly, IT IS HEREBY ORDERED that plaintiff's October 1, 2008 (# 7), and January 13, 2009 (#8) purported motions for reconsideration and for recusal are denied.

DATED: March 19, 2009

                       /s/ Gregory G. Hollows

                         _____
                         UNITED STATES MAGISTRATE JUDGE

GGH:009
rich2662.dny